# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 3:00 CV 1941 (EBB) |
| PAUL J. SILVESTER, et al., | : : | |
| Defendants. | : : : | |

## <u>DECLARATION OF THOMAS J. RAPPAPORT</u>

I, Thomas J. Rappaport, hereby state as follows:

1.       I am employed by the Plaintiff Securities and Exchange Commission ("Commission") as a Senior Enforcement Counsel in the Boston District Office and represent the Commission in this action.

2.       A copy of the Return of Service for Ben F. Andrews, Jr. is attached hereto as **Exhibit A**. As indicated, service on Andrews was effected by October 16, 2000 by delivering a copy of the Summons and Complaint to him by certified mail in care of Jeremiah Donovan, Esquire, counsel for Andrews, who agreed to accept service on behalf of his client.

3.       On May 3, 2005, counsel for the Commission sent a letter to Andrews' counsel agreeing not to seek default judgment against Andrews pending the filing and service of his Answer no later than May 20, 2005. A copy of that letter is attached hereto as **Exhibit B**.

4.       Andrews has not served an Answer to the Complaint upon the Commission. In addition, I have reviewed the records and docket of this Court and they indicate that no answer

has been filed by Andrews.

     5.     Andrews is not an infant or incompetent, nor is he a member of the military.

     I declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the foregoing is true and correct. Executed this _13th_ day of June 2005.

Thomas J. Rappaport

# Exhibit A



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BOSTON DISTRICT OFFICE
6TH FLOOR
73 TREMONT STREET
BOSTON, MASSACHUSETTS 02108

IN REPLYING PLEASE QUOTE

Direct Dial (617) 424-5929
FAX: (617) 424-5940

October 13, 2000

Certified Mail
<u>Return Receipt Requested</u>
Jeremiah Donovan, Esq.
123 Elm Street, Unit 400
P.O. Box 554
Old Saybrook, CT  06475

Re:  <u>SEC v. Silvester, et al.</u>
Civ. Action No. 300cv1941 (DJS)

Dear Mr. Donovan:

Pursuant to your agreement to accept service of the Summons and Complaint in the above action on behalf of your client Defendant Ben F. Andrews, Jr., this is to serve you with the Summons and Complaint initiating this action together with the pleadings identified on the attached itemized list.

As we also discussed, Staff Attorney Steven Quintero and I will be primarily responsible for litigation of this action going forward.  Feel free to contact me at the above numbers or to call Steven at (617) 424-5900, ext. 208 should you have any questions.

Sincerely,

*Linda B. Bridgman*                    SrQ

Linda B. Bridgman
District Trial Counsel

Enclosures (6)

J:\share\BRIDGMAN\Silvester\Corres\Service\Donovan.fm

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Connecticut

———————— DISTRICT OF ————————

Securities and Exchange Commission
        Plaintiff

COPY    **SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 3:00CV1941(DJS)

Paul Silvester, Landmark Partners, Inc.,
Stanley Alfeld, Jerome Wilson, Ben Andrews, Jr.,
Christopher Stack, KCats, LLC, Triumph Capital Group, Inc.
Frederick McCarthy, Charles Spadoni and Lisa Thiesfeild

        Defendants

TO: (Name and address of defendant)

        Ben Andrews, Jr.
        504 Firetown Road
        Simsbury, CT 06070

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

        Linda B. Bridgman
        Securities and Exchange Commission
        73 Tremont Street
        Boston, MA 02108

an answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken
against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a
reasonable period of time after service.

CLERK                                          DATE    10/10/00

(BY) DEPUTY CLERK

O 440 (Rev. 10/93) Summons a Civil Action

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE | 10/16/00 |
|---|---|---|

| NAME OF SERVER *(PRINT)* Linda Bridgman | TITLE District Trial Counsel |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☒ Other *(specify)*: Service of Summons, Complaint and other docs identified on attached list was made via certified mail return receipt ███████ and accepted, per agreement by Jeremiah Donovan, counsel for defendant Andrews on 10/16/00.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _Oct 27, 2000_
          *Date*

_Linda B. Bridgman_
*Signature of Server*

_73 Tremont St Boston, MA_
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE COMMISSION,

PLAINTIFF,

v.

PAUL J. SILVESTER, LANDMARK PARTNERS, INC.,
STANLEY F. ALFELD, JEROME L. WILSON,
BEN F. ANDREWS, JR., CHRISTOPHER A. STACK,
KCATS, LLC, TRIUMPH CAPITAL GROUP, INC.,
FREDERICK W. MCCARTHY,
CHARLES B. SPADONI, and LISA THIESFIELD,

DEFENDANTS.

CIVIL ACTION NO.

3:00cv1941 (DJS)

---

Documents Served with Summons

1.    Notice to Counsel and Pro Se Parties;

2.    Complaint;

3.    Designation of Local Office for Service in Compliance with L. R. of Civ. Proc. 2(c)(1);

4.    Consent and Proposed Final Judgment as to Paul Silvester;

5.    Consents and Proposed Final Judgment as to Christopher Stack and KCATS, LLC.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeremiah Donovan, Esq.
123 Elm Street, Unit 400
P.O. Box 554
Old Saybrook, CT  06475

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery

10·16-05

C. Signature

X _S hussi_

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)          ☐ Yes

2. Article Number (Copy from service label)

# Exhibit B



**UNITED STATES**
SECURITIES AND EXCHANGE COMMISSION
**BOSTON DISTRICT OFFICE**
6TH FLOOR
73 TREMONT STREET
BOSTON, MASSACHUSETTS 02108

IN REPLYING PLEASE QUOTE

Direct Dial (617) 573-8929
FAX: (617) 424-5940

May 3, 2005

<u>**Via Fax (860) 388-3750**</u>
<u>**And First Class Mail**</u>
Jeremiah Donovan, Esq.
P.O. Box 554
Old Saybrook, CT 06475

RE:     <u>SEC v. Silvester, et al., 3:00 CV 1941 (EBB)</u>

Dear Mr. Donovan:

    As we discussed today, your client, Ben F. Andrews, Jr., is in default in the above named action as he has not filed an Answer to the Complaint served on him in October 2000.  This confirms our agreement that the Commission will not seek default judgment against Mr. Andrews pending the filing and service of his Answer to the Complaint <u>no later than Friday, May 20, 2005.</u>

                    Sincerely,

                    Linda B. Bridgman

                    Linda B. Bridgman

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              3704
CONNECTION TEL              818603883181
SUBADDRESS
CONNECTION ID
ST. TIME            05/04 08:11
USAGE T             00'38
PGS.                   2
RESULT              OK
```

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Boston District Office
73 Tremont Street, Sixth Floor
Boston, Massachusetts 02108



Linda Bridgman
District Trial Counsel

Telephone Number:   (617) 573-8929
Telecopier Number:   (617) 424-5940

PLEASE DELIVER THE FOLLOWING PAGES TO:

Name:  Jeremiah Donovan, Esq.

Fax:  ~~860-388-3750~~   860-388-3181

Telephone Number:  (860) 388.3750 (ext. 205)

Date:  5/3/05

Total Number of Pages (including cover sheet):  2

THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE PERSON TO
WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2005, I served copies of the foregoing Application for Entry of Clerk's Default Against Defendant Ben F. Andrews, Jr. Pursuant to Fed.R.Civ.P. 55(a) and Declaration of Thomas J. Rappaport by first class mail, postage prepaid, to each of the following:

Jeremiah Donovan, Esq.
123 Elm Street, Unit 400
P.O. Box 554
Old Saybrook, CT 06475
Counsel for Defendant Ben F. Andrews, Jr.

Alfred U. Pavlis, Esq.
Gage & Pavlis
107 John Street
Southport, CT 06490
Counsel for Defendant Jerome Wilson

Richard M. Asche, Esq.
Russell M. Gioiella, Esq.
Litman, Asche & Gioiella, LLP
45 Broadway, 30th Floor
New York, NY 10006
Counsel for Defendant Charles B. Spadoni

*Linda B. Bridgman*