UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. |
| : | 3:00 CV 1941 (EBB) |
| PAUL J. SILVESTER, et al., : | |
| Defendants. : | |

**MOTION TO EXTEND DEADLINE
TO FILE MOTION FOR DEFAULT JUDGMENT**

Plaintiff Securities and Exchange Commission ("Commission"), by the undersigned counsel, respectively makes this motion for a two-day extension of the Court's July 20, 2005 deadline to file the Commission's Motion for Default Judgment Against Defendant Ben F. Andrews, Jr., which is submitted herewith.

The Court granted the Commission's Application for Default against Defendant Andrews pursuant to Fed.R.Civ.P. 55(a) on June 20, 2005. The order granting the application directed the Commission to file its motion for default judgment by July 20, 2005. The order was published on the Pacer Service Center, and apparently not served on the parties electronically or otherwise. Thus, Commission counsel did not become aware of it and the July 20, 2005 deadline for several days following entry. In addition, during final stages of preparation of the default judgment motion papers, Commission counsel suffered an unfortunate computer break-down which required reconstruction of portions of the submission due on July 20, 2005. Thus, the

undersigned respectively requests that the July 20, 2005 deadline be extended by two days to permit timely filing of the attached motion papers on July 22, 2005. As this matter has been informally stayed since September 2001 pending resolution of a parallel criminal action, <u>U.S. v. Triumph Capital, et al.</u>, 00-cr-217 (EBB), there is no prejudice to the remaining parties of this action by the requested two-day extension.

Accordingly, and for these reasons, the Commission respectfully makes this motion to postpone the July 20, 2005 deadline for filing its Motion for Default Judgment Against Defendant Ben F. Andrews, Jr. to July 22, 2005.

Respectfully submitted,

Linda B. Bridgman
District Trial Counsel
DC Bar # 304824
Fed. ID # ct 21694

Thomas J. Rappaport
Senior Enforcement Counsel
Va. Bar #24284
Fed. ID # phv0404

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
(617) 573-8929 (Bridgman)

Dated: July 21, 2005

**Certificate of Service**

    This certifies that on July 21, 2005, I caused a true and correct copy of the foregoing Plaintiff's Motion To Extend Deadline To File Motion For Default Judgment Against Defendant Ben F. Andrews, Jr. to be served by first class mail, postage prepaid, upon the following:

Jeremiah Donovan, Esq.
123 Elm Street, Unit 400
P.O. Box 554
Old Saybrook, CT 06475
*Counsel for Defendant Ben F. Andrews, Jr.*

Alfred U. Pavlis, Esq.
Gage & Pavlis
107 John Street
Southport, CT 06490
*Counsel for Defendant Jerome Wilson*

Richard M. Asche, Esq.
Russell M. Gioiella, Esq.
Litman, Asche & Gioiella, LLP
45 Broadway, 30th Floor
New York, NY 10006
*Counsel for Defendant Charles B. Spadoni*

John B. Hughes
Connecticut Federal Bar No. Ct05289
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
*Local counsel for the Plaintiff*

                                                                             Linda B. Bridgman, Esq.