# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## APPEARANCE

CASE NUMBER:    3:00 CV 1941 (EBB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:    Plaintiff Securities and Excahnge Commission

SECURITIES AND EXCHANGE COMMISSION,:
                                                    Plaintiff,

v.

PAUL J. SILVESTER, et al.,
                                        Defendants.

CIVIL ACTION NO.
3:00 CV 1941 (EBB)

Date: July 15, 2005

Signature: Thomas J. Rappaport

Connecticut Federal Bar Number: phv0404

Print Clearly or Type Name: Thomas J. Rappaport

Telephone Number: 617-573-8986

Address: SEC, 73 Tremont St., Boston, MA 02108

Fax Number: 617-424-5940

E-mail address: rappaportt@sec.gov

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Alfred U. Pavlis, Esq
Gage & Pavlis
107 John Street
Southport, CT 06490
Counsel for Defendant Jerome Wilson

Jeremiah Donovan, Esq.
123 Elm Street, Unit 400
P.O. Box 554
Old Saybrook, CT 06475
Counsel for Defendant Ben F. Andrews, Jr.

Signature: Thomas J. Rappaport

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24