UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　Plaintiff,<br><br>v.<br><br>BEN F. ANDREWS, et al.<br>　　　　Defendants. | :<br>:<br>:<br>: NO. 3:00 CV 1941 (EBB)<br>:<br>:<br>:<br>: August 1, 2005 |

**DEFENDANT BEN ANDREWS' MEMORANDUM
IN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT**

　　The plaintiff SEC has moved to default the defendant Ben F. Andrews, Jr.  The Court should deny the motion.

　　While the undersigned represented Mr. Andrews in the criminal case, he has, up to this point, appeared in this civil case only for the limited purpose of responding to the plaintiff's motion to stay the proceedings until the conclusion of the criminal case.  That is, during the course of a hearing in the criminal and this civil case, Judge Nevas asked the undersigned to set forth Mr. Andrews' position in the civil case, and allowed him to file an appearance solely for that purpose.  The appearance clearly indicates that it is filed for the purpose of responding to the plaintiff's motion to stay the proceedings.

　　Mr. Andrews for all other purposes has been up to this point representing himself in this civil case, although the plaintiff SEC has made service of various pleadings, including its motion for default, on the undersigned rather than on Mr. Andrews.  The undersigned has, however, today filed a general appearance and filed an answer on Mr. Andrews' behalf.

　　No unfairness will be caused by the denial of the motion.  The plaintiff SEC sought to stay the proceedings in this case until the completion of the criminal case against Mr. Andrews, and although Judge Nevas denied that request, the proceedings have been de facto stayed, and the plaintiff SEC has obtained its objective: it will not been prejudiced and actually has benefited by Mr. Andrews' late filing of an answer to its complaint.

　　For the above-stated reasons, the plaintiff's motion should be denied.

2

Respectfully submitted,

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536

## **CERTIFICATION**

This is to certify that on this August 1, 2005, a copy of the above and foregoing was sent first class mail, postage pre-paid, to

Attorney Linda Bridgman
Securities and Exchange
Commission
6th Floor
73 Tremont Street
Boston, MA 02108

_____
Jeremiah Donovan

3