UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE COMMISSION,

          Plaintiff,

v.

PAUL J. SILVESTER, et al.

          Defendants

CIVIL ACTION NO.
3:00 cv 1941 (EBB)

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT BEN F. ANDREWS, JR.

Plaintiff Securities and Exchange Commission ("Commission") moves pursuant to Fed. R. Civ. P. 55(b)(2) for entry of default judgment against Defendant Ben F. Andrews, Jr. ("Andrews") for failure to plead or otherwise defend this action. On June 20, 2005, the Clerk of Court entered a default against Andrews pursuant to Fed. R. Civ. P. 55(a).

For the reasons stated in its memorandum of law and supporting declaration, the Commission seeks entry of final judgment against defaulting defendant Andrews ordering the relief sought in the complaint, including an injunction against future violations of the relevant federal securities laws, disgorgement of $250,000 of ill-gotten gains plus prejudgment interest thereon in the amount of $132,834.79 calculated through July 30, 2005, and imposition of a civil money penalty in an appropriate amount.

A proposed Final Judgment by Default will be submitted herewith.

                                                Respectfully submitted,

/s/ Linda B. Bridgman
Linda B. Bridgman
District Trial Counsel
DC Bar # 304824
Fed. ID # ct 21694

Thomas J. Rappaport
Senior Enforcement Counsel
Va. Bar # 24284
Fed. ID # phv0404

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
(617) 573-8929 (Bridgman)
(617) 573-8986 (Rappaport)

Dated: July 20, 2005

## Certificate of Service

This certifies that on July 20, 2005, I caused a true and correct copy of the foregoing Plaintiff's Motion for Entry of Default Judgment Against Defendant Ben F. Andrews, Jr. to be served by first class mail, postage prepaid, upon the following:

Jeremiah Donovan, Esq.
123 Elm Street, Unit 400
P.O. Box 554
Old Saybrook, CT 06475
Counsel for Defendant Ben F. Andrews, Jr.

Alfred U. Pavlis, Esq.
Gage & Pavlis
107 John Street
Southport, CT 06490
Counsel for Defendant Jerome Wilson

Richard M. Asche, Esq.
Russell M. Gioiella, Esq.
Litman, Asche & Gioiella, LLP
45 Broadway, 30th Floor
New York, NY 10006
Counsel for Defendant Charles B. Spadoni

_____
Linda B. Bridgman, Esquire