FILED

2005 JUL 22 A 10: 02

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, : CIVIL ACTION NO.
v. : 3:00 cv 1941 (EBB)
:
PAUL J. SILVESTER, et al. :
:
Defendants. :

---

### DECLARATION OF CORLISS A. PRIMAVERA IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT BEN F. ANDREWS, JR.

I, Corliss A. Primavera, hereby state as follows:

1. I am an investigator in the Boston District Office of the Plaintiff Securities and Exchange Commission ("Commission"). I make this Declaration from personal knowledge and upon information and belief based on the Commission's investigative file in support of Plaintiff's Motion for Entry of Default Judgment Against Defendant Ben F. Andrews, Jr. ("Andrews").

2. On October 10, 2000, the Commission filed a Complaint initiating this action against Defendant Andrews. [Civ. DK No. 1] The Commission served Andrews with the Summons and Complaint on October 16, 2000. [Civ. DK no. 12]

3. On June 20, 2005, the Clerk of Court entered a default against Andrews pursuant to Rule 55(a) of the Federal Rules of Civil Procedure because he failed to appear and answer or otherwise respond to the Commission's Complaint. [Civ. DK No. 81]

4. Upon information and belief, Andrews is not an infant or incompetent person or in the military service of the United States.

5. I have reviewed correspondence and payment records produced by the law firm Rogers & Wells during the Commission's investigation of this matter. These documents evidence that Andrews received the following payments from Landmark Partners, Inc. via the law firm: $100,000 in September 1998, $50,000 in January 1999 and $100,000 in February 1999 for a total of $250,000. [See also Complaint ¶¶ 37, 40]

6. Prejudgment interest (calculated at the rate established by the Internal Revenue Service for tax underpayment) on $250,000 from Andrews' receipt to July 31, 2005 totals $132,834.79. Charts containing the Commission's calculation of Andrews' pre-judgment interest liability according to this methodology are attached at Tab A hereto. The total amount of disgorgement plus interest is $382,834.79.

I declare pursuant to 28 U.S.C. §1746 and under penalty of perjury that the foregoing is true and correct. Executed this 21st day of July 2005 at Boston, Massachusetts.

Corliss A. Primavera