UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

SECURITIES AND EXCHANGE COMMISSION, :
:
Plaintiff, : CIVIL ACTION NO.
v. : 3:00 cv 1941 (EBB)
:
PAUL J. SILVESTER, et al. :
:
Defendants :
:

---

### PLAINTIFF'S RESPONSE TO DEFENDANT BEN ANDREWS' OPPOSITION TO ENTRY OF DEFAULT JUDGMENT AGAINST HIM

Plaintiff Securities and Exchange Commission ("Commission") hereby responds to the opposition of Defendant Ben F. Andrews, Jr. ("Andrews") to the Commission's motion for default judgment pending against him to correct the record.

Andrews' counsel, Jeremiah Donovan, claims that he has not represented Defendant Andrews in this proceeding because Andrews has been representing himself. Attorney Donovan's assertion is disingenuous and misleading. From initiation of this action in October 2000 to the present, Commission counsel has been in contact with Mr. Donovan regarding Defendant Andrews. At no time has Mr. Donovan directed Commission counsel to contact Andrews directly. Indeed, Mr. Donovan agreed to accept service of the summons and complaint for Defendant Andrews in October 2000. See Civ. DK No. 12 and return of service filed with the Court. All pleadings have been served on Mr. Donovan as Andrews' counsel. All correspondence from Commission counsel to Mr. Donovan has referred to Defendant Andrews' as his client in this matter, and Mr. Donovan has not refuted the relationship. All settlement negotiations regarding Andrews have been conducted through Mr. Donovan. Moreover, in May

2005, following completion of the parallel criminal case against Andrews, Commission counsel contacted Mr. Donovan regarding Andrews' default, and Mr. Donovan agreed to file an Answer by May 20, 2005, which he subsequently failed to do. Lastly, the Court's Civil Docket for this case identified Jeremiah Donovan as counsel representing defendant Ben F. Andrews, Jr. *before* he filed his August 1, 2005 "Appearance" form. Accordingly, Mr. Donovan's assertion that he has not represented Mr. Andrews in this proceeding should be disregarded as an unsupported excuse for failing to timely file an Answer on Andrews' behalf. His claim does not provide a basis for denying the Commission's motion for default judgment filed against Defendant Andrews on July 22, 2005.

In addition, the U.S. Attorney for the District of Connecticut moved on November 20, 2005 to intervene and stay this action pending resolution of the parallel criminal actions against Paul J. Silvester, Ben Andrews, and others. See Civ. DK Nos. 15, 16. As counsel indicates, U.S.D.J. Nevis denied the stay on September 25, 2001. However, the Commission did not seek the stay as counsel claims, and thus, his assertion that the "SEC has obtained its objective" by a defacto stay is inaccurate and misleading, and also, does not provide a basis for denying the Commission's pending default judgment motion. In addition, it is unclear how Mr. Andrews' late filing of an Answer more than four years after it was due "actually has benefitted" the Commission. This case was filed over 4 ½ years ago and the Commission is attempting to resolve it in an efficient and appropriate manner. Defendant Andrews has shown no inclination to appear and defend until attorney Donovan filed his eleventh hour pleading which comes too late to further prolong the case against Andrews.

Accordingly, for these reasons and the reasons stated in its default judgment motion

papers filed on July 22, 2005, the Commission respectively requests the Court to enter default judgment against Defendant Ben F. Andrews, Jr.

                                              Respectfully submitted,

*/s/ Linda B. Bridgman*
Linda B. Bridgman
District Trial Counsel
DC Bar # 304824
Fed. ID # ct 21694

Thomas J. Rappaport
Senior Enforcement Counsel
Va. Bar # 24284
Fed. ID # phv0404

ATTORNEYS FOR PLAINTIFF
SECURITIES AND EXCHANGE COMMISSION
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
(617) 573-8929 (Bridgman)
(617) 573-8986 (Rappaport)

Dated: August 9, 2005

## Certificate of Service

This certifies that on August 9, 2005, a true and correct copy of the foregoing Plaintiff's Response to Defendant Ben Andrews' Opposition to Entry of Default Judgment Against Him was served by first class mail, postage prepaid, upon the following:

Jeremiah Donovan, Esq.
123 Elm Street, Unit 400
P.O. Box 554
Old Saybrook, CT 06475
*Counsel for Defendant Ben F. Andrews, Jr.*

Alfred U. Pavlis, Esq.
Gage & Pavlis
107 John Street
Southport, CT 06490
*Counsel for Defendant Jerome Wilson*

Richard M. Asche, Esq.
Russell M. Gioiella, Esq.
Litman, Asche & Gioiella, LLP
45 Broadway, 30th Floor
New York, NY 10006
*Counsel for Defendant Charles B. Spadoni*

John B. Hughes
Connecticut Federal Bar No. Ct05289
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
*Local counsel for the Plaintiff*

Linda B. Bridgman, Esquire