UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,

v.

BEN F. ANDREWS, et al.
        Defendants.

NO. 3:00 CV 1941 (EBB)

August 1, 2005

## APPEARANCE

Please enter the appearance of

Jeremiah Donovan

Post Office Box 554

Old Saybrook, CT 06475

Juris Number 305346    Fed.bar.no. CT 03536

Telephone Number (860) 388-3750

FAX (860) 388-3181  donovanlaw@sbcglobal.net

*in the above entitled case for*

the defendant Ben Andrews

_____
Jeremiah Donovan

## CERTIFICATION

This is to certify that on this August 1, 2005, a copy of the above and foregoing was sent first class mail, postage pre-paid, to

        Attorney Linda Bridgman
        Securities and Exchange
        Commission
        6th Floor
        73 Tremont Street
        Boston, MA 02108

_____
Jeremiah Donovan

JEREMIAH DONOVAN ● ATTORNEY AT LAW ● P.O. BOX 554 ● OLD SAYBROOK CT 06475 ● (860) 388-3750 ● JURIS NO. 305346