UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> PAUL J. SILVESTER, et al., : <br> : <br> Defendants. : <br> : | CIVIL ACTION NO. <br> 3:00 CV 1941 (EBB) |

NOTICE OF SUBSTITUTION OF COUNSEL
FOR PLAINTIFF SECURITIES AND EXCHANGE COMMISSION

To the Clerk of this Court and all parties of record:

Pursuant to Local Rule 7 (e) of the Rules of the U.S. District Court for the District of Connecticut, the Plaintiff Securities and Exchange Commission ("Commission") hereby requests that the Court withdraw the appearance of District Trial Counsel, Linda B. Bridgman, on behalf of the Commission in this action. Ms. Bridgman is no longer employed by the Commission. Luke T. Cadigan, whose address and phone number are listed below, hereby enters his appearance on the Commission's behalf. Service of all papers on the Commission in this action should be directed to:

>Luke T. Cadigan
>Senior Trial Counsel
>Securities and Exchange Commission
>73 Tremont Street, 6th Floor
>Boston, Massachusetts 02108-3912
>(617) 573-8919
>cadiganl@sec.gov

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its attorneys,

*[signature]*

Luke T. Cadigan (Fed. Bar No. phv0552)
  Senior Trial Counsel
Thomas J. Rappaport (Fed. Bar No. phv0404)
  Senior Enforcement Counsel
73 Tremont Street, 6th Floor
Boston, Massachusetts 02108
(617) 573-8919 (Cadigan)
(617) 573-8986 (Rappaport)
(617) 424-5940 (fax)

Local Counsel:
John B. Hughes (Fed. Bar No. CT-05289)
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510

Dated: November 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2005, I served copies of the foregoing Notice of Substitution of Counsel for Plaintiff Securities and Exchange Commission by first-class mail to each of the following:

Jeremiah Donovan, Esq.
123 Elm Street, Unit 400
P.O. Box 554
Old Saybrook, CT 06475
*Counsel for Defendant Ben F. Andrews, Jr.*

Alfred U. Pavlis, Esq.
Gage & Pavlis
107 John Street
Southport, CT 06490
*Counsel for Defendant Jerome Wilson*

Richard M. Asche, Esq.
Russell M. Gioiella, Esq.
Litman, Asche & Gioiella, LLP
45 Broadway, 30th Floor
New York, NY 10006
*Counsel for Defendant Charles B. Spadoni*

John B. Hughes
Connecticut Federal Bar No. Ct05289
Assistant United States Attorney
Chief, Civil Division
United States Attorney's Office
Connecticut Financial Center
157 Church Street, 23rd Floor
New Haven, CT 06510
*Local counsel for the Plaintiff*

Luke T. Cadigan (Fed. Bar # phv0552)
Senior Trial Counsel
Securities and Exchange Commission
73 Tremont Street, 6th Floor
Boston, MA 02108
Phone: (617) 573-8919
Fax: (617) 424-5940
E-Mail: cadiganl@sec.gov