UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | : : |
| v. | : NO. 3:00 CV 1941 (AHN) : : February 7, 2006 |
| BEN ANDREWS | : |

## MOTION FOR STAY OF JUDGMENT

The defendant Ben Andrews, having moved the Court pursuant to Rules 55(c) and 60(b), Federal Rules of Civil Procedure, for relief from the final judgment and order docketed in this case on January 30, 2006, and that the default entered on June 20, 2005 be set aside, respectfully requests that the Court stay the judgment until it decides that motion..

Respectfully submitted,

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536

## [PROPOSED] ORDER

The motion set forth above having been duly considered, it is hereby

GRANTED / DENIED

_____
ELLEN BREE BURNS
UNITED STATES DISTRICT JUDGE