UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE
COMMISSION

v.

BEN ANDREWS

: NO. 3:00 CV 1941 (AHN)
:
: February 7, 2006

## MEMORANDUM IN SUPPORT OF
## MOTION FOR STAY OF JUDGMENT

The defendant Ben Andrews has moved that this Court stay the judgement entered in this case. The reason for that request is that Mr. Andrews has moved the Court pursuant to Rules 55(c) and 60(b), Federal Rules of Civil Procedure, for relief from the final judgment and order docketed in this case on January 30, 2006, and that the default entered on June 20, 2005. Granting this motion will allow the Court to consider that motion and will not prejudice the SEC.

Respectfully submitted,

JEREMIAH DONOVAN
123 Elm Street--Unit 400
P.O. Box 554
Old Saybrook, CT 06475
(860) 388-3750
FAX 388-3181
Juris no. 305346
Fed.bar.no. CT 03536

### [PROPOSED] ORDER

The motion set forth above having been duly considered, it is hereby

GRANTED / DENIED

_____
ELLEN BREE BURNS
UNITED STATES DISTRICT JUDGE