UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SECURITIES AND EXCHANGE  :
COMMISSION
: NO. 3:00CV1941(EBB)
v.
:
BEN ANDREWS

## RULING ON DEFENDANT'S MOTIONS FOR STAY OF JUDGMENT AND FOR RELIEF FROM FINAL JUDGMENT AND ORDER

Defendant has filed Motions for Stay of Judgment [Doc. No. 98] and for Relief from Final Judgment and Order [Doc. No. 99] with respect to the judgment docketed in this case on January 30, 2006. In his memorandum defendant has presented no argument as to whether a meritorious defense could be presented or that the amount of the judgment is erroneous other than that it is more onerous than settlements that have been reached with other defendants.

A telephonic conference was held in this case on February 24, 2006, at which time the court gave defendant an extension to March 17, 2006, to supplement his filings. He has not done so.

Accordingly, the motions [Docs. 98 and 99] are denied.

SO ORDERED.

/s/ Ellen B. Burns
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this 21st day of March, 2006.